In The United States District Court
For The Southern District of Mississippi

*Class Action*
Conditions of Confinement Complaint

Paul, Jr      34654          ⟩ PLAINTIFF #1
(LAST)        (I.D.#)

Timothy     WAYNE
(First Name)   (Middle Name)

LAMAR County Jail
(INSTITUTION)

P.O. Box 806, Purvis MS, 39475
(Address)

Civil
ACTION
NUMBER: 2:15cv167- DPJ-FKB

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 30 2015
BY _____ ARTHUR JOHNSTON _____ DEPUTY

2:16cv 5-KS-MTP
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 08 2016
BY _____ ARTHUR JOHNSTON _____ DEPUTY

McPhail     35114          ⟩ PLAINTIFF #2
(LAST)       (I.D.#)

JASON     MATTHEW
(FIRST NAME)   (MIDDLE)

LAMAR County Jail
(INSTITUTION)

P.O. Box 806, Purvis, MS 39475
(ADDRESS)

V.

(Sheriff)  DANNY RIGEL - Individual & Official Capacity
(MAJOR)  MIKE HARLIN - Individual & Official Capacity

—*— OTHER LAWSUITS FILED BY PLAINTIFF *
A. HAVE YOU EVER FILED ANY OTHER LAWSUITS IN THE
   COURT OF THE United STATES? NO

(2 of 5)

# * PARTIES *

I. NAME OF Plaintiff: Timothy Wayne Paul, Jr
   Prisoner Number: 34654
   Address: P.O. Box 806
            Purvis, MS 39475

\* NAME OF PLAINTIFF #2: JASON McPhail
   PRISONER # 35114
   Address: P.O. Box 806
            Purvis, MS 39475

II. DEFENDANT: DANNY RIGEL (SHERIFF) AT:
    LAMAR COUNTY JAIL
    201 Main St.
    Purvis, MS 39475

\* Plaintiff #1: Timothy Wayne Paul, Jr
   address: P.O. Box 806 Purvis, MS 39475

\* Plaintiff #2: JASON McPhail
   address: P.O. Box 806, Purvis MS 39475

\* DEFENDANTS
   NAME: DANNY RIGEL (Sheriff)
   Address — 201 Main St. Purvis, MS 39475

   NAME: MIKE HARLIN (MAJOR)
   Address — 201 Main St. Purvis, MS 39475
— AT ALL Times IN Their Official and Individual
                    CAPACITIES.

\* GENERAL INFORMATION \*

A.   AT THE TIME OF THE INCIDENT, WERE you incarcerated because you HAVE Been Convicted OF A crime? — NO

B.   ARE You Presently incarcerated For A PAROLE or Probation Violation? — NO

C.   At the time of This Incident, were you An Inmate AT M.D.O.C.? — NO

D.   Are you Currently An M.D.O.C. Inmate? — NO

E.   HAVE You Completed The Administrative Remedy Program Regarding the Claims presented in this Complaint? — YES : IF So what are the results: No Relief, More Proof And Declarations FoR these Claims will Be SENT AFTER Civil Action Number is Activated.
   \* Some Proof IS ATTACHED AS EXHIBITS.

F.   Did you Present the Facts Relating to your Case of Complaint to the Administrative or Grievence procedure in your institution? — YES

G.   STATE How YouR Claims were Presented. — WRITTEN + VERBAL

$E^2$.   STATE THE DATES Your Claims were Presented. VERBAL Since APRIL, written June — NOV.

$F^2$.   STATE The Results: Some were Answered Most were not, (written) EXHIBITS WILL BE SENT AS SooN AS CIVIL ACTION Number is Activated.
   \* Some EXHIBITS Will BE ATTACHED !!

\* CLASS ACTION STATEMENT OF FACTS \*

① Unwholesome Foods + Diet; No Beverages (Milk, Juice, or otherwise), No Fruits (only Applesauce), No Meat at Breakfast, The Same Meal is served For Breakfast 365 days A year, And uncooked Meats. (SEE EX-A) (SEE EX-C+D)

② Sanitation + Hygene; Hepatitis-C infected inmate uses Same Beard Trimmers (Electric) As The Plaintiffs, Without proper cleaning. Inmate documented That he was Positive For Hep-C upon Arrival At Jail. \*(SEE EX-B, C, + D) \* (SEE EX-E+F) Moldy + Wet Mats, Black Mold in water cooler + Shower \*(SEE EX-A, C, + D)\*

③ Inadequate Yard; Lack Of Sunshine + Grass + Exercise (Yard Is Only 4 Brick walls + Open Ceiling)

④ Excessive Bonds and Denial of Bond Reductions. (Plaintiff #1 Has Not Had Reduction of Bond in 30 months)

⑤ Discrimination Against Inmates In Protective Custody; (Violation of P.C. Rights) P.C. Treated As Punitive Detention. (No Canteen or Visits Allowed To P.C.) Discrimination Against Medical Inmates. (Medical is Treated As Punishment And Are Denied Visit, T.V. + Canteen)

\* Both Defendants Are Personally Involved with Each of the Above Numbered claims, As Policy And Decision Makers. Upon Verbal + Written Notifications of The Above Complaints, No Correction, Change, or Relief Has Been Granted, or Seen.

(5.of 5)

**\*. CLASS ACTION RELIEF \***

The Plaintiffs ARE ASKING THE COURT TO ORDER THE FollowING Adjustments + Relief:

To administer the Proper Diet oF WHOLESOME Foods, Change Menu, Add beverages (Milk, Juice, ETC)

Sanitation + HyGiENE Problems to be Corrected: New Mats, Cleaner SHOWERS + Drinking Coolers. Personal RAZORS (NOT ELECTRIC TRIMMERS) TO BE Handed out. A Proper YARd (NOT 4 WALLS + A Ceiling) Protective Custody And Medical Inmates Get Proper treatment (VISIT's And CommiSSARy AllowED To P.C. + MEd)

Bonds to Be Ser AT A Reasonable Ammount, And Proper Bond Reductions be Made. Simple Bond Reduction Request should be GRANTED. Plaintiffs SEEK $100,000.°° FROM EACH DEFENDANT In their OFFicial Capacities, and $100,000.°° IN Their Individual Capacities. Plaintiffs Seek DAMAGES FOR Punitive, Prospective, Proximate, Remote, Nominal, Rescissory, Speculative, Substantial, and Compensative damages.

The Plaintiffs Certify this Complaint As true + Correct. The Plaintiffs Certify this AS USE to defeat any Future Summary Judgement or dissmissal; on this __13th__ DAy oF __November__ 2015

I declare This Under the Penalty oF Perjury The Above And Foregoing is True + Correct.

Plaintiff #1 Timothy Wayne Paul Jr.     # 34654

T. Paul Jr

Plaintiff #2  JASON MATTHEW M°Phail  #35114