IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TIMOTHY WAYNE PAUL, JR.

VS.                                             CIVIL ACTION NO. 2:16cv5-KS-MTP

SHERIFF DANNY RIGEL, ET AL

ORDER SETTING ASIDE JUDGMENT

BE IT REMEMBERED that on August 11, 2016, an Order and Judgment were entered in the above styled and numbered cause; and

THAT the Court has become aware that there are two claims of Plaintiff still pending; and

THAT the Court finds the Judgment [40] entered August 11, 2016, should be set aside and held for naught and that the Clerk of Court should reopen the case:

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Judgment [40] entered in the above styled and numbered cause be and the same is hereby set aside and held for naught and that the Clerk of Court shall reopen this case.

SO ORDERED on this the 18th day of August, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE